Original Copy

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) **Jeffrey W. Havelow 386156**
(Name of Plaintiff)   (Inmate Number)

**111 Delaplane Ave Newark DE 19711**
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **State of Delaware (Ruth Miner)**
(2) **Dept. of Corrections**
(3) **Rapheal Williams**
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**- 07 - 734 -**
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
NOV 16 2007

I.  PREVIOUS LAWSUITS

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  _____
  _____
  _____
  _____
  _____

Defendants

1. Commissioner Carl. C. Danberg
   Commissioner of Adult Correction State of Delaware
   Individual, offical capcity

2. Lawerence Sullivan
   Owner Public Defenders Office
   Advisor for State of Delaware Public Defenders
   Individual, offical capcity

3. Catherin Payne
   HRYCI Records Dept
   Defendant Payne works for state of Delaware
   Records Dept has violated plaintiffs rights
   Individual, offical capcity

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? **•Yes** ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? **•Yes** ••No

C. If your answer to "B" is Yes:

1. What steps did you take? Wrote records, filed habious corpus Wrote M. Jane Brady

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Rafeal Williams
Employed as H.R.Y.C.I. at WARDEN
Mailing address with zip code: 1301 E. 12th Street Wilm DE 19809

(2) Name of second defendant: Ruth Ann Miner
Employed as Govenor at Dover
Mailing address with zip code: ___

(3) Name of third defendant: ___
Employed as ___ at ___
Mailing address with zip code: ___

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Requested Status Sheet, Because took plea agreement. ID 0506017219

    Ex- 1A

2. Wrote sentencing judge M. Jane Brady showing her sentencing sheet, also filed Habious Corpus 10/16/07 Court.

    Ex-2

3. Filed grievance with HRYCI for holding me for 60 days, said that Catherine Payne was investigating case.

    Ex-3-3

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. $7000 a day.

3

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __12__, 2__07__.

_Jeffrey W Harelow_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 10/26/2007

3-1

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** HAVELOW, JEFFREY W | **SBI#** : 00386156 | **Institution** : HRYCI |
| **Grievance #** : 143976 | **Grievance Date** : 10/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Records | **Incident Date** : 10/16/2007 | **Incident Time** : |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 2, Pod 2G, Cell 14, Bed C | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Wrote Warden Raphael Williams about my status. Haven't received answer from him either. Haven't been sentenced here for anytime. Somebody should call Judge M. Jane Brady in regard to the really sentencing order that was given. Please Agreement. 2 years level 5 suspended for 1 year II two suspended after 60 days. So probation could be transfer have to pay restitution of $1400 with felony.

**Remedy Requested** :

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : NO    **Date Received by Medical Unit** :

**Investigation Sent** :    **Investigation Sent To** : Payne, Catherine

**Grievance Amount** :

Page 1 of 4

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 10/26/2007

3-2

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** HAVELOW, JEFFREY W | **SBI#** : 00386156 | **Institution** : HRYCI |
| **Grievance #** : 143976 | **Grievance Date** : 10/16/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Records | **Incident Date** : 10/16/2007 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 2, Pod 2G, Cell 14, Bed C | |

### INFORMAL RESOLUTION

**Investigator Name** : Payne, Catherine          **Date of Report** 10/25/2007

**Investigation Report:** Mr. Havelow, the sentence worksheet we received from Superior reads as follows: 2yrs at level 5 suspended after 60days for 2yrs at level 2. I just received a Writ from Superior Court for Judge Brady in which I answered. So if her sentence was written incorrectly by the clerk in the court room, We should receive an answer regarding your Writ shortly.

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

IA

# TRUTH-IN-SENTENCING GUILTY PLEA FORM
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR _____ COUNTY

**STATE OF DELAWARE**  )  ID: _____
v.  )
_____  )  CRA: _____

*The defendant must answer the following questions in his or her own handwriting.*

Date of Birth _____    Last grade in school completed _____

| Question | Yes | No |
|---|---|---|
| Have you ever been a patient in a mental hospital? | ☐ | ☐ |
| Are you under the influence of alcohol or drugs at this time? | ☐ | ☑ |
| Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? | ☐ | ☐ |
| Have you been promised anything that is not stated in your written plea agreement? | ☐ | ☐ |
| Has your attorney, the State, or anyone threatened or forced you to enter this plea? | ☐ | ☐ |

Do you understand that because you are pleading guilty you will not have a trial, and you therefore waive (give up) your constitutional right:
(1) to be **presumed innocent** until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a **speedy and public trial**;
(3) to **trial by jury**;
(4) to **hear and question the witnesses** against you;
(5) to **present evidence** in your defense;
(6) to **testify** or not testify yourself; and,
(7) to **appeal** to a higher court?                                               ☑ Yes  ☐ No

| OFFENSE | STATUTORY PENALTY | | TIS GUIDELINE |
|---|---|---|---|
| | Incarceration | Amount of Fine (range if applicable) | |
| | | | |
| | | | |
| | | | |

**TOTAL CONSECUTIVE MAXIMUM PENALTY:** Incarceration: __2y__    Fine: _____

*NON-CITIZENS: Conviction of a criminal offense may result in deportation, exclusion from the United States, or denial of naturalization.*

| Question | Yes | No |
|---|---|---|
| Do you understand that, if incarcerated, you will not be eligible for parole, and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? | ☑ | ☐ |
| Is there a **minimum mandatory penalty**? | ☐ | ☑ |
| If so, what is it? _____ | | |
| Is there a **mandatory revocation of driver's license or privileges** for this offense or as a result of your plea? | ☐ | ☑ |
| If so, what is the **length of revocation**? _____ years | | |
| Has anyone promised you what your sentence will be? | ☐ | ☑ |
| Were you on **probation or parole** at the time of this offense? (A guilty plea may constitute a violation.) | ☑ | ☐ |
| Do you understand that a guilty plea to a felony will cause you to **lose your right to vote, to be a juror, to hold public office,** and other **civil rights**? | ☑ | ☐ |
| Have you been advised that this is an offense which results in the loss of the **right to own or possess a deadly weapon**? | ☑ | ☐ |
| Have you been advised that this is an offense which requires **registration as a sex offender**? | ☐ | ☑ |
| Are you satisfied with your lawyer's representation of you and that your lawyer has **fully advised you of your rights** and of your guilty plea? | ☑ | ☐ |
| Have you read and understood all the information contained in this form? | ☑ | ☐ |

_____    _____    _____
Defense Counsel          Date                Defendant

Print name: _____    Print name: _____

Superior Court of the State of Delaware, _New Castle_ County    1A

# PLEA AGREEMENT

State of Delaware v. _Jeffrey Havilw_

Case No(s): _0606041719_    Cr.A.#s: _____

☐ Title 11 HAB. OFFENDER _____    ☐ BOOT CAMP ELIGIBLE    ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, §4336, sex offender notification required    ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge | [LIO if applicable] |
|---|---|---|---|
| 1. | IN-06-... | Home Improvement Fraud | |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☐ all remaining charges on this indictment:

Count    Cr.A#    Charge

**Sentence Recommendation/Agreement:**    ☐ PSI    ☐ Immediate Sentencing
_don't pool ... for 1 year level II_

**State and Defendant agree to the following:**
☑ Restitution: _$ [illegible] to Jessica Jomelhowski_
☐ No _____ contact w/ _Jessica Jomelhowski_
☐ Other Conditions: _[illegible, redacted]_

DAG: _Greg Strong_    DEF. COUNSEL: _John F [illegible]_
    PRINT NAME                          PRINT NAME

    SIGNATURE                           SIGNATURE

                                        DEFENDANT: _____

Date: _1/15/08_

XC: Attorney for Defendant, Defendant    Page    of
Attorney General, Attorney General Worksheet

2

## Offender Status Sheet

Date: 10/23/2007

| SBI #: | 00386156 | Name: | JEFFREY W HAVELOW | Sex: M | |
|---|---|---|---|---|---|
| Location(s): | HRYCI | Level(s): | 5,0  Race: BLACK | DOB: 07/25/1960 | Sex Offender: [ ] |
| AKA: | CASPER HAVELOW | | | | |
| Offender Type: | Sentenced | | Officer(s): | | |

**Level: 5**

Start Date: 09/25/2007   MED: 11/23/2007   STRD: 11/19/2007   ADJ: 11/19/2007   PED:   Statutory Days Earned: 4.00

| CASE#/ Court/Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y M D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|
| 0506017219 U7 | IN06060668 M. Jane Brady | HOME IMP. FRAUD STANDARD  10/09/2007 | Current 09/25/2007 | 0  60 | 09/25/2007 | 11/23/2007 | 11/19/2007 | 11/19/2007 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN06060668 | 5 | CRT1 | Other Conditions: | AS TO 0668; BE IMPRISONED FOR 2 YRS AT LVL 5 SUSPENDED AFTER 60 DAYS FOR 2 YRS AT LVL 2. JA |

After 11/19/07 you will go to court for PA. Extradition Hearing, at that time Chester County, PA would pick you up. Your sentence has to be completed first. Detainer also is a VOP so you can **not** take care of PA. Charges when Sentenced.

Page 1 of 2

HRYCI Howard R. Young Correctional Institution  
1301 E. 12th Street  
WILMINGTON DE, 19809  
Phone No. 302-429-7700

Date: 10/31/2007

3-3

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : HAVELOW, JEFFREY W | SBI# : 00386156 | Institution : HRYCI |
| Grievance # : 144204 | Grievance Date : 10/21/2007 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Records | Incident Date : 10/21/2007 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1E, Cell 11, Bed B | |

### INFORMAL RESOLUTION

**Investigator Name** : Payne, Catherine            **Date of Report** 10/30/2007

**Investigation Report** : Mr. Havelow, it was explained to you in a previous greivance as to how your sentence was calculated. We have a sentence order for case number 0506017219 in which you are to serve 2 years at level 5, suspended after serving 60 days the 2 years at level 2. It was also explained that I answered your Writ through Superior Court and currently waiting for an answer from Judge Brady. If by any chance the clerk in the court room mis-interpret the sentence. Through the Writ a modified order will be sent. So until I get information back from the court, your sentence stands as calculated.

**Reason for Referring:** See previous response reference due to 143976.

*Need tape transcript of hearing*  
*Need commisioners Address other prisons in Del*

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

