IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY W. HAVELOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-734-GMS |
| | ) | |
| RUTH ANN MINER, | ) | |
| DEPT. OF CORRECTIONS, | ) | |
| RAPHEAL WILLIAMS, | ) | |
| CARL C. DANBERG, | ) | |
| LAWERENCE SULLIVAN, | ) | |
| CATHERIN PAYNE, | ) | |
| STATE OF DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

**FILING FEE ORDER**

1.  The plaintiff Jeffrey W. Havelow, SBI #386156, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

2.  Consistent with 28 U.S.C. § 1915(a)(1),the plaintiff submitted an affidavit stating that he has no assets with which to prepay the filing fee.  Based on the plaintiff's affidavit, his request to proceed in forma pauperis is granted.

3.  Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00.  In order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a certified copy of his trust fund account statement (memorandum or

institutional equivalent, with attachments) **showing all deposits,**

**expenditures and balances** during the six-month period,

immediately preceding the filing of the complaint, obtained from

the appropriate official at the institution at which the

plaintiff is confined. **FAILURE OF THE  PLAINTIFF TO RETURN THE**

**REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS**

**SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

      4.  Unless the Court determines from the plaintiff's

financial information that he has no assets whatsoever, an

initial partial filing fee of 20 percent (20%) of the greater of

the plaintiff's average monthly deposit or average monthly

balance in the trust fund account shall be required to be paid

before the court reviews the complaint.  **NOTWITHSTANDING ANY**

**PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT**

**DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO**

**STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY**

**RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

      5.  Pursuant to 28 U.S.C. § 1915(g), if the plaintiff

has had three or more actions dismissed by the Court on the

grounds that they were frivolous, malicious, or failed to state a

claim upon which relief may be granted, then the Court shall deny

the plaintiff leave to proceed in forma pauperis in all future

suits filed without prepayment of the filing fee, unless the

Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: *November 29, 2007*                United States District Judge

```
FILED

NOV 2 9

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```