Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Mailroom Officer
Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington, DE 19809

049J82023030
$00.580
11/28/2007
Mailed From 19801
US POSTAGE
neopost

☒ Undeliverable as Addressed
☐ Moved, Left No Address
☐ Unclaimed
☐ Refused
☒ Attempted, Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

RECEIVED
DEC - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RETURN TO SENDER
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED
INMATE RELEASED
INMATE UNKNOWN
✗ CORRESPONDENCE

07734
RD scanned

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
___ NO INMATE BY THIS SPELLING
___ ENCLOSURE UNAUTHORIZED
___ INMATE UNKNOWN
___ INMATE RELEASED
___ CORRESPONDENCE REFUSED

**Utility Events**
1:07-cv-00734-UNA Havelow v. Miner et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 11/28/2007 at 3:16 PM EST and filed on 11/28/2007
**Case Name:** Havelow v. Miner et al
**Case Number:** 1:07-cv-734
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)

**1:07-cv-734 Notice has been electronically mailed to:**

**1:07-cv-734 Notice has been delivered by other means to:**

Jeffrey W. Havelow
SBI# 386156
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Jeffrey W. Havelow
SBI# 386156
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809