IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

1. Jeffrey Wayne Havelow    #SBI 386154
   NAME OF PLAINTIFF         INMATE NUMBER

2. State of Delaware                    1:07-CV-00734-GMS
   DEFENDANTS.                          CASE NUMBER

CHANGE OF ADDRESS.

2002 Southway Ave
Newark DE 19713

PHONE 302 893-6959

3-3-08
JEFFREY WAYNE HAVELOW
*Jeffrey Wayne Havelow*

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 MAR -3 PM 2:33