IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY W. HAVELOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-734-GMS |
| | ) |
| RUTH ANN MINER, | ) |
| DEPT. OF CORRECTIONS, | ) |
| RAPHEAL WILLIAMS, | ) |
| CARL C. DANBERG, | ) |
| LAWERENCE SULLIVAN, | ) |
| CATHERIN PAYNE, | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 4th day of March, 2008, the Court having considered the amended application to proceed without prepayment of fees under 28 U.S.C. § 1915 filed on 3/3/2008;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

MAR - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE